**A. L. WALKER v. George W. LYLES et al.**
No. 1783—6278.

Commission of Appeals of Texas, Section A.
June 30, 1934.

Barkley & Webb, of Houston, Jos. H. Byers, of Henderson, and Dan Moody, of Austin, for plaintiff in error.

R. E. Seagler, of Houston, O. F. Richards, of Lockhart, and Cecil L. Simpson and Monta R. Ferguson, both of Dallas, for defendants in error.

CRITZ, Commissioner.

The opinion of the Court of Civil Appeals in this case is reported at 45 S.W.(2d) 315.

1114

It fully states the case and the issues involved. Since this writ was granted, the law question here involved has been settled by the Supreme Court adversely to the contentions of plaintiff in error. Hunter v. Moore, 122 Tex. 583, 62 S.W.(2d) 97 (Com. App. opinion .adopted), and Red v. Bounds, 122 Tex. 614, 63 S.W.(2d) 544 (Com. App. opinion adopted). The Supreme Court still adheres to the rulings announced in these opinions.

The judgment of the Court of Civil Appeals is affirmed.

Opinion adopted by the Supreme Court.